**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Randolph L. Chambers</u>

    v.                                  Criminal No. 07-fp-326

<u>NH State Prison, Warden, et al.</u>

**O R D E R**

Since it is clear that Mr. Chambers seeks immediate relief and that he qualifies for in forma pauperis status, it is granted and the case should be assigned. A supplemental order will issue when his custodial account certificate arrives.

**SO ORDERED.**

                                          /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:    October 17, 2007

cc:     Randolph L. Chambers, pro se