UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph Chambers</u>

      v.          07-cv-326-PB

<u>NH Prison, et al.</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 9, 2007, no objection having been filed.

  SO ORDERED.

December 13, 2007        ~~/s/ Paul Barbadoro~~
               Paul Barbadoro
               United States District Judge


cc: Randolp Chambers, Pro se
   Laura Lombardi, Esq.