UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph Chambers</u>

          v.                                       Case No. 07-cv-326-PB

<u>Warden, NH State Prison</u>

O R D E R

I hereby recuse myself from presiding over this case as Attorney Michael Sheehan has filed an appearance on behalf of the plaintiff.

SO ORDERED.

January 22, 2008                                       /s/ Paul Barbadoro
                                                                             Paul Barbadoro
                                                                             United States District Judge

cc:     Michael Sheehan, Esq.
         Laura Lombardi, Esq.